**Order entered November 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01354-CV

### IN RE DARSHANA RATHOD, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00643**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's order of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/  LANA MYERS
    JUSTICE